1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8  CORNELL COOPER BROWN,                    1:05-cv-1029-AWI-TAG HC
9          Petitioner,
10     vs.                                  ORDER TO SUBMIT
                                            APPLICATION TO PROCEED
11  JEANNE WOODFORD,                        IN FORMA PAUPERIS
                                            **OR** FILING FEE
12          Respondent.
   _____/
13
14          Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas

15  corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the $5.00 filing fee, or submitted an

16  application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

17  Accordingly, IT IS HEREBY ORDERED that:

18          1. The Clerk's Office shall send to petitioner the form for application to proceed in forma

19  pauperis.

20          2.  Within thirty days of the date of service of this order, petitioner shall submit a

21  completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this

22  action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

23

24  IT IS SO ORDERED.

25  **Dated:    August 30, 2005**          _____/s/ Theresa A. Goldner_____
       j6eb3d                              UNITED STATES MAGISTRATE JUDGE
26

27

28