IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL COOPER BROWN,<br><br>                              Petitioner,<br><br>v.<br><br>JEANNE WOODFORD,<br><br>                              Respondent. | 1:05-cv-01029-AWI-TAG HC<br><br>**ORDER GRANTING APPLICATION FOR FIRST ENLARGEMENT OF TIME WITHIN WHICH TO FILE A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; ORDER DIRECTING RESPONSE TO BE FILED BY JULY 21, 2007 (Doc. 18)** |

    On March 23, 2007, the Court ordered Respondent to file a response to the petition for writ of habeas corpus. (Doc. 15). On June 18, 2007, Respondent filed an application for enlargement of time within which to comply with the Court's order. (Doc. 18). Respondent cites case load demands as grounds for the extension.

    Accordingly, GOOD CAUSE having been shown, IT IS HEREBY ORDERED that Respondent's application for first enlargement of time within which to file a response to the petition for writ of habeas corpus (Doc. 18), is GRANTED. Respondent is granted up to and including July 21, 2007 within which to file a responsive pleading.

IT IS SO ORDERED.

Dated: **June 18, 2007**                                                        /s/ Theresa A. Goldner
                                                                       UNITED STATES MAGISTRATE JUDGE