IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL COOPER BROWN,<br><br>　　　　Petitioner,<br><br>vs.<br><br>JEANNE WOODFORD,<br><br>　　　　Respondent.<br>_____/ | 1:05-cv-01029-AWI-TAG (HC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE (Doc. 24)<br><br>ORDER DENYING REQUEST THAT PENDING ORDER BE ISSUED IN THREE SEPARATE ORDERS (Doc. 26) |

　　　　Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 2, 2007, petitioner filed a motion for extension of time of ninety days within which to file a traverse. (Doc. 24). That same day, Petitioner filed a request that the order regarding the motion for extension of time be filed in three separate orders each granting a thirty day extension. (Doc. 26).

　　　　Petitioner is advised that the filing of a traverse is not mandatory but optional, and that any traverse filed should be <u>concise</u> and directed to specific arguments raised by Respondent. No need exists for a traverse containing exhaustive legal citations or analyses of issues already developed in earlier proceedings. Nor is there any need for extensive discussion of the evidence, since the Court will independently review the entire transcript of the case. The purpose of the traverse is to respond to specific legal points made by Respondent in her answer. Accordingly, thirty (30) days should be a sufficient period of time within which to prepare and file a traverse. Should extraordinary circumstances exist requiring additional time, Petitioner may file another motion for extension of time at the appropriate time.

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Petitioner's motion for extension of time to file a traverse (Doc. 24), is GRANTED. Petitioner has thirty (30) days from the date of service of this order in which to file a traverse; and,

2. Petitioner's request for issuance of three separate orders for extension of time of thirty (30) days each (Doc. 26), is DENIED.

IT IS SO ORDERED.

Dated:   **August 28, 2007**                              **/s/ Theresa A. Goldner**
                                                         UNITED STATES MAGISTRATE JUDGE