IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL COOPER BROWN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEANNE WOODFORD,<br><br>　　　　Respondent.<br>_____ | 1:05-CV-01029 AWI JMD HC<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION (DOCUMENT #42)<br><br>THIRTY DAY DEADLINE |

　　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 6, 2008, Petitioner filed a motion to extend time to file objections to the findings and recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

　　　　Petitioner is granted thirty days from the date of service of this order in which to file objections to the findings and recommendation.

IT IS SO ORDERED.

Dated:　October 8, 2008　　　　　　　　/s/ John M. Dixon
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE